FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2003 SEP 26  PM 2: 49

CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

WILLIAM R. FIELDS
    Plaintiff(s)

Vs                                                CASE NO: 8:03-CV-1409-T-23EAJ

MIDLAND CREDIT MANAGEMENT INC.
    Defendant(s)
                                                      /

## RESPONSE TO ORDER TO SHOW CAUSE
## DATED SEPTEMBER 23, 2003

       **COMES NOW** William R. Fields, by and through his undersigned attorney and pursuant to this court's Order to Show Cause dated September 23, 2003, the plaintiff would state as follows:

1. That the case management report has been completed by both parties.
2. The undersigned attorney has sent the signed case management report to opposing counsel for his signature.
3. That when opposing counsel has signed the case management report, it will be filed by opposing counsel, with the clerks office.
4. The undersigned attorney anticipates that this will be completed by October 2, 2003.

      **I HEREBY CERTIFY** that a true copy hereof has been furnished by U.S. Mail to William J. Edwards, 201 N. Franklin Street, Suite 3010, Tampa, Florida 33602, this 24th day of September, 2003.

                                                    Frederick W. Vollrath, Esq.
                                                    Post Office Box 18942
                                                    Tampa, Florida 33679
                                                    (813) 335-4379
                                                     (813) 266-9073 (pager)
                                                     FBN: 165-812
                                                     E-mail:fredvollrath@aol.com

